IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALYSSA VINEY,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 12-6517 |
| | : | |
| **JENKINTOWN SCHOOL DISTRICT, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 10th day of September, 2014, upon consideration of the "Motion to Dismiss All Counts Of Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6)" filed by Defendant, Jenkintown School District (doc. no. 21), and Plaintiff's opposition thereto, and for the reasons set out in the accompanying Memorandum Opinion, it is **ORDERED** that the motion is **GRANTED IN PART** as follows:

− The motion to dismiss Counts V, VII, VIII, and IX is **GRANTED**, and those counts are **DISMISSED**.

− The motion to dismiss Count III is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**