

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALYSSA VINEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-6517 |
| JENKINTOWN SCHOOL DISTRICT, ET AL., | : | |
| Defendants. | : | |

FILED
MAR 03 2015
_____, Clerk
___Dep. Clerk

## ORDER

AND NOW, this �3 day of March, 2015, it having been reported that the issues

between Plaintiff and Defendant Jenkintown School District have been settled and pursuant to

Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that Defendant Jenkintown

School District is **DISMISSED** from this action pursuant to agreement of counsel without costs.

BY THE COURT:

3/3/15 mail
Cition

_____

**MITCHELL S. GOLDBERG, J.**